UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>Revolution Monitoring, LLC | §<br>§<br>§<br>§ | Case No.: | 18–33730–hdh11 |
| Debtor(s) | § | Chapter No.: | 11 |
| MedARC, LLC | §<br>§ | | |
| Plaintiff(s) | § | Adversary No.: | 20–03116–hdh |
| vs.<br>Cigna Re Corporation et al. | §<br>§ | Civil Case No.: | |
| Defendant(s) | § | | |
| MedARC, LLC | §<br>§ | | |
| Plaintiff(s) | § | | |
| vs.<br>Cigna Re Corporation et al. | §<br>§ | | |
| Defendant(s) | §<br>§<br>§ | | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☑ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for 12/16/2020 at 2:00pm, in Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242–1496 via WebEx. before U.S. Bankruptcy Judge  Hale . The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☐ One copy of:  _.

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  12/21/20            FOR THE COURT:
                            Robert P. Colwell, Clerk of Court

                            by: /s/Sheniqua Whitaker, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.:  18–33730–hdh11

Adversary No.:  20–03116–hdh

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Harlin DeWayne Hale
   Stephen Manz
   Grayson Williams
   Attorney(s) for Appellant
   US Trustee


**Plaintiff**   MedARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC

Lewis Titus LeClair
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978–4984


**Defendant**   Cigna Re Corporation, Cigna Integrated Care, Inc., Cigna Health Network, Inc., Cigna Health Management, Inc., Cigna Behavioral Health, Inc., Cigna HealthCare of Texas, Inc., Cigna Insurance Agency, LLC, and Cigna Behavioral Health of Texas

Eliot T. Burriss
Holland and Knight
200 Crescent Ct
Suite 1600
Dallas, TX 75201
2149649492

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Revolution Monitoring, LLC<br><br>MedARC, LLC<br>   vs.<br>Cigna Re Corporation et al. | §<br>§<br>§  Debtor(s)<br>§<br>§  Plaintiff(s)<br>§<br>§  Defendant(s) | Case No.: 18–33730–hdh11<br>Chapter No.: 11<br><br>Adversary No.: 20–03116–hdh |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **PLAINTIFF**
MedARC, LLC

**DEFENDANT**
Cigna Re Corporation, Cigna Integrated Care, Inc., Cigna Health Network, Inc., Cigna Health Management, Inc., Cigna Behavioral Health, Inc., Cigna HealthCare of Texas, Inc., Cigna Insurance Agency, LLC, and Cigna Behavioral Health of Texas

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lewis Titus LeClair
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978–4984

Attorney's (If Known)
Eliot T. Burriss
Holland and Knight
200 Crescent Ct
Suite 1600
Dallas, TX 75201
2149649492

**II. BASIS OF JURISDICTION**

- ○ 1  U.S. Government Plaintiff
- ○ 2  U.S. Government Defendant
- ● 3  Federal Question (U.S. Government Not a Party)
- ○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

- ○ 422 Appeal 28 USC 158
- ● 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

**V. ORIGIN**

- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
423 Withdrawal 28 USC 157

Brief description of cause:
Motion to withdraw the reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23      DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                            Docket Number: 3:20–cv–3646–L and 3:20–cv–3641–S

DATED: 12/21/20

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk