IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEDARC, LLC, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| CIGNA BEHAVIORAL HEALTH OF TEXAS; *et al.* | § § § § | Civil Action No. 3:20-CV-03687-N<br>Adversary No. 20-03116 |
| *Defendants.* | § § § | |

**[PROPOSED] ORDER**

Before the Court is Defendants Cigna Behavioral Health of Texas; Cigna Behavioral Health, Inc.; Cigna Health Management, Inc.; Cigna Health Network, Inc.; Cigna HealthCare of Texas, Inc.; Cigna Insurance Agency, LLC; Cigna Integrated Care, Inc. and Cigna Re Corporation (collectively "Cigna"), Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). After consideration of the Motion, the response and reply thereto (if any), controlling law, the evidence presented, and any papers in the file or otherwise available to the parties, the Court **GRANTS** Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.  It is therefore,

**ORDERED** that Plaintiff's claims against Defendants Cigna are dismissed with prejudice, and that Plaintiff take nothing by way of the lawsuit.

Cost of Court are taxed against Plaintiff.

Signed this _____ day of _____, 2021.

                                                                                                                                                            _____

                                                                                                                                                            Presiding Judge