IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,** §§§§§§§<br>    Plaintiff, §<br>v. § Civil Action No. 3:20-CV-3687-N-BH<br> §<br>**CIGNA BEHAVIORAL HEALTH OF TEXAS, et al.,** §§§<br>    Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has timely filed an amended complaint as allowed by the recommendation, *Defendants's Motion to Dismiss Plaintiff's First Amended Complaint*, filed February 25, 2021 (doc. 10), is **DENIED as moot**. This action will now proceed on the amended complaint.

**SIGNED** this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE